IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY S. CONOVER,<br><br>    Plaintiff,<br><br>  v.<br><br>BOARD OF GOVERNORS OF THE<br>FEDERAL RESERVE SYSTEM,<br><br>    Defendant.<br>                                                              / | No. C 12-06480 WHA<br><br><br><br>**ORDER TO SHOW CAUSE** |

On February 28, defendant filed a motion to dismiss the complaint. Plaintiff's opposition or statement of non-opposition thereto was due on March 18. No response has been received. Plaintiff Jeffrey Conover, who is proceeding pro se, is hereby **ORDERED TO SHOW CAUSE** why the motion to dismiss should not be granted. Plaintiff's response is due by **NOON ON APRIL 9**.

Plaintiff is warned that failure to timely respond to this order may result in defendant's motion being granted or the action being dismissed for failure to prosecute. The hearing scheduled for **MAY 2** shall remain in place.

**IT IS SO ORDERED.**

Dated: March 27, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE