IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JEFFREY S. CONOVER,

    Plaintiff,

  v.

BOARD OF GOVERNORS OF THE
FEDERAL RESERVE SYSTEM,

    Defendant.
                                    /

No. C 12-06480 WHA

**SECOND ORDER
TO SHOW CAUSE**

On February 28, defendant filed a motion to dismiss the complaint. Plaintiff's opposition or statement of non-opposition thereto was due on March 18. No response was received. Accordingly, an order to show cause issued, requiring plaintiff to respond by noon on April 9. The order to show cause warned plaintiff, who is proceeding pro se, that failure to timely respond could result in the motion being granted or the action being dismissed for failure to prosecute.

The order to show cause deadline has come and gone, and no response has been received. This order notes that, while plaintiff has not responded to the motion to dismiss or the Court's order to show cause, he has filed subpoenas requesting documents from the government (Dkt. No. 20). Plaintiff is again **ORDERED TO SHOW CAUSE** as to why the motion to dismiss should not be granted. Plaintiff's response is due by **NOON, APRIL 17.** Plaintiff is warned that failure to timely respond to this order will result in defendant's motion being granted or the action being dismissed for failure to prosecute. The hearing scheduled for **MAY 2** shall remain in place.

**IT IS SO ORDERED.**

Dated: April 11, 2013.



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE