IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JEFFREY S. CONOVER,

    Plaintiff,

  v.

BOARD OF GOVERNORS OF THE FEDERAL RESERVE SYSTEM,

    Defendant.
                               /

No. C 12-06480 WHA

**JUDGMENT**

      For the reasons stated in the accompanying order granting defendant's motion to dismiss plaintiff's complaint, **FINAL JUDGMENT IS HEREBY ENTERED** in favor of defendant and against plaintiff. Plaintiff's complaint is **DISMISSED WITH PREJUDICE.** The Clerk **SHALL CLOSE THE FILE.**

      **IT IS SO ORDERED.**

Dated: May 2, 2013.

                                                WILLIAM ALSUP
                                                UNITED STATES DISTRICT JUDGE